330

Toledo ROGERS, Movant, v. Charles
SUATBA, Opposed.

Court of Appeals of Kentucky.
Jan. 16, 1953.

Shumate & Shumate, Irvine, for movant.
Buford Short, E. B. Rose, Beattyville,
for opposed.

PER CURIAM.

Motion for an appeal from the Lee Circuit Court. Judgment for $273.30 for damages arising from an automobile accident.

Appeal denied. Judgment affirmed.